AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leung, Tony N. | District Court - Minnesota | 11/01/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

342 U.S. Courthouse
316 N. Robert Street
St. Paul, MN 55101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Directors and Vice President | Twin Cities RISE! |
| 2. | Advisory Board Member | Wishes & More |
| 3. | Chairperson | Yale Alumni Schools Committee of Minneapolis |
| 4. | Advisory Board Member | Northern Star Council, BSA |
| 5. | Associate Board Directors | Lakewood Cemetery Association |
| 6. | Co-Vice President of Subcommittee | Minnesota Chapter of Federal Bar Association |
| 7. | Fellow | American Bar Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Minnesota State Judges Retirement Plan (NO CONTROL, pension plan), managed by Minnesota State Retirement System ("MSRS") |
| 2. | 2012 | Minnesota Deferred Compensation Plan TNLwith Minnesota State Retirement System |
| 3. | 2012 | Health Care Savings Plan with Minnesota State Retirement System |

| Name of Person Reporting | Date of Report |
|---|---|
| Leung, Tony N. | 11/01/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Special School District No. 1, Minneapolis, MN, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leung, Tony N. | 11/01/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leung, Tony N. | 11/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account | | | | | | | | | |
| 2. -WR UNACX Adv Accumulative A | A | Dividend | K | T | | | | | |
| 3. -WR UNCGX Adv Intl Growth | A | Dividend | K | T | | | | | |
| 4. -WR UNVGX Adv Vanguard A | A | Dividend | L | T | | | | | |
| 5. -Cash and Schwab Money Market | A | Interest | J | T | | | | | |
| 6. Brokerage Account | | | | | | | | | |
| 7. -Schwab Inflation SWRSX | A | Dividend | J | T | | | | | |
| 8. -Cash and Schwab Money Market | A | Interest | J | T | | | | | |
| 9. Brokerage Account | | | | | | | | | |
| 10. -Schwab Inflation SWRSX | A | Dividend | J | T | | | | | |
| 11. -Cash & Schwab Money Market | A | Interest | J | T | | | | | |
| 12. Brokerage Account Ind | | | | | | | | | |
| 13. -Fidelity cash account | A | Interest | J | T | | | | | |
| 14. -Fidelity Equity Income FEQIX | B | Dividend | K | T | | | | | |
| 15. -Fidelity MN Muni Income FIMIX | A | Interest | K | T | | | | | |
| 16. Brokerage Account | | | | | | | | | |
| 17. -Fidelity cash account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leung, Tony N. | 11/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fidelity Blue Chip Growth FBGRX | A | Dividend | J | T | | | | | |
| 19. -Spartan 500 Index FD Investor Class FUSVX | A | Dividend | J | T | | | | | |
| 20. -Wells Fargo Spec Tech Invt C1 WFTZX | A | Dividend | J | T | | | | | |
| 21. Brokerage Account | | | | | | | | | |
| 22. -Fidelity cash account | A | Interest | J | T | | | | | |
| 23. -Wells Fargo Spec Tech Invt C1 WFTZX | A | Dividend | J | T | | | | | |
| 24. Brokerage Account | | | | | | | | | |
| 25. -Fidelity cash account | A | Interest | J | T | | | | | |
| 26. -Fidelity Select Tech FSPTX | A | Dividend | J | T | | | | | |
| 27. -Wells Fargo Spec Tech Invt C1 WFTZX | A | Dividend | J | T | | | | | |
| 28. Brokerage Account | | | | | | | | | |
| 29. -Fidelity cash account | A | Interest | J | T | | | | | |
| 30. -Fidelity Equity Inc FEQIX | A | Dividend | J | T | | | | | |
| 31. -Fidelity Equity Inc FEQIX | A | Distribution | J | T | | | | | |
| 32. Brokerage Account | | | | | | | | | |
| 33. -Fidelity cash account | A | Interest | J | T | | | | | |
| 34. -Fidelity Equity Income FEQIX | A | Dividend | | | Merged (with line 35) | 01/02/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leung, Tony N. | 11/01/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Spartan 500 Index FD Investor Class FUSEX | A | Dividend | J | T | | | | | |
| 36. -Fidelity Magellan FMAGX | A | Dividend | J | T | | | | | |
| 37. Brokerage Account | | | | | | | | | |
| 38. -WR Advisor Vanguard A | A | Dividend | J | T | | | | | |
| 39. -WR Advisor Vanguard A | A | Distribution | J | T | | | | | |
| 40. Wells Fargo Bank Account 1 | A | Interest | J | T | | | | | |
| 41. Wells Fargo Bank Account 2 | A | Interest | J | T | | | | | |
| 42. MN State Judges Retirement Plan (NO CONTROL, pension plan) | | None | M | T | | | | | |
| 43. MN State Deferred Comp Plan TNL with MSRS | | | | | | | | | |
| 44. -Dodge & Cox Income | A | Int./Div. | K | T | | | | | |
| 45. -Vanguard Balanced Index Inst | A | Dividend | K | T | | | | | |
| 46. -Janus Twenty | A | Dividend | K | T | | | | | |
| 47. -Vanguard Inst Index Plus | A | Dividend | L | T | | | | | |
| 48. -Vanguard Mid Cap Index Inst | A | Dividend | K | T | | | | | |
| 49. -T Rowe Price Small Cap Stock | A | Dividend | K | T | | | | | |
| 50. -Fidelity Diversified Intl | A | Dividend | K | T | | | | | |
| 51. MN State Health Care Savings Plan with MSRS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Bond Market Account | A | Int./Div. | J | T | | | | | |
| 53.  -Income Share Account | A | Int./Div. | J | T | | | | | |
| 54.  -Common Stock Account | A | Dividend | J | T | | | | | |
| 55.  -Growth Share Account | A | Dividend | J | T | | | | | |
| 56.  -International Share Account | A | Dividend | J | T | | | | | |
| 57.  MN Teachers Retirement Assoc (NO CONTROL, pension plan) | | None | L | T | | | | | |
| 58.  Mpls Teachers Deferred Comp VALIC | | | | | | | | | |
| 59.  -Davis NY Venture A | A | Dividend | K | T | | | | | |
| 60.  -Dreyfus Basic S&P 500 St | A | Dividend | K | T | | | | | |
| 61.  -Dreyfus MidCap Index | A | Dividend | K | T | | | | | |
| 62.  -Dreyfus Small Cap Stk Indx | A | Dividend | K | T | | | | | |
| 63.  -American Funds EuroPac R4 | A | Dividend | K | T | | | | | |
| 64.  -Black Rock Intl Idx Fund | A | Dividend | K | T | | | | | |
| 65.  Special School Dist Plan with Great Western Retirement Ser | | | | | | | | | |
| 66.  -Maxim Ariel Small-Cap Value Portfolio | A | Dividend | | | Merged (with line 67) | 11/15/12 | J | | |
| 67.  -Great-West Ariel Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 68.  -Maxim Small Cap Growth Portfolio | A | Dividend | | | Merged (with line 69) | 11/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Great-West Small Cap Growth Fund I | A | Dividend | J | T | | | | | |
| 70. -Alger Mid Cap Growth Portfolio I-2 | A | Dividend | J | T | | | | | |
| 71. -Maxim Ariel MidCap Value Portfolio | A | Dividend | | | Merged (with line 72) | 11/15/12 | J | | |
| 72. -Great-West Ariel Midcap Value Fund I | A | Dividend | J | T | | | | | |
| 73. -Maxim T Rowe Price MidCap Growth Port | A | Dividend | | | Merged (with line 74) | 11/15/12 | J | | |
| 74. -Great-West T Rowe Price MidCap Growth Fund I | A | Dividend | J | T | | | | | |
| 75. -Fidelity VIP Growth Portfolio | A | Dividend | J | T | | | | | |
| 76. MN State Deferred Comp Plan KRT with MSRS | | | | | | | | | |
| 77. -T Rowe Price Small Cap Stock | A | Dividend | J | T | | | | | |
| 78. -Vanguard Total Intl Stock Index | A | Dividend | J | T | | | | | |
| 79. -Vanguard Instl Index Plus | A | Dividend | J | T | | | | | |
| 80. -Vanguard Balanced Index Inst | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leung, Tony N. | 11/01/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Fidelity Magellan mutual fund, FMAGX, in Part VII, page 6, line 36, was inadvertently omitted from my prior report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tony N. Leung**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544